AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Oct 09 - 2026
John M. Domurad, Clerk

**UNITED STATES OF AMERICA**
**v.**
**VIKKI BRADT,**

**Defendant**

Case No. 1:26-MJ-235 (PJE)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 5, 2024 in the county of Saratoga in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611 | Voting by Alien |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

MARK W CECILIONE
Digitally signed by MARK W CECILIONE
Date: 2026.10.08 15:17:20 -04'00'

*Complainant's signature*

HSI Special Agent Mark Cecilione

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 9, 2026

*Judge's signature*

City and State: Albany, New York

Hon. Paul J. Evangelista, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Mark Cecilione, being duly sworn, deposes and states that he is a Special Agent with the Homeland Security Investigations, and charges as follows:

**COUNT ONE**
**[Voting by Alien]**

1. On or about November 5, 2024, in Saratoga County in the Northern District of New York, the defendant, VIKKI BRADT, an alien, knowing she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, and Member of the House of Representatives, in violation of 18 U.S.C. § 611.

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I have been a Special Agent with Homeland Security Investigations (HSI) since December 2019. I am assigned to the Assistant Special Agent in Charge (ASAC) Albany, New York field office.

3. I have been employed by United States Department of Homeland Security for almost 23 years. Immediately prior to becoming a Special Agent for HSI, I graduated from the Federal Law Enforcement Training Center Criminal Investigator Training Program in November 2020 and the HSI Special Agent Training Program in February 2021. Before this, I was employed as an HSI Intelligence Research Specialist for approximately two-and-a-half years, graduating from the Immigration and Customs Enforcement Basic Intelligence Training program in the fall of 2017. Before that, I was employed as a U.S. Customs and Border Protection Officer for almost fourteen years, graduating from the CBP Officer Academy in March 2004. As a Special Agent with HSI, I have extensive experience enforcing immigration laws and determining citizenship, including by reviewing immigration records. I have also reviewed voter records, including voter applications, and interviewed registered voters who are not United States citizens.

4. This affidavit is based upon my personal participation in the investigation of this matter; conversations with other law enforcement officers and witnesses; review of immigration and voter records; and my training and experience.

5. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. Where dates are set forth herein, they are approximate, unless stated otherwise.

**PROBABLE CAUSE**

6. A review of immigration and public records reveals that BRADT is a citizen of the United Kingdom. She is not and has never been a United States citizen. For approximately the past two years, BRADT has lived in Ballston Spa, New York.

7. Records obtained from the Saratoga County Board of Elections (BOE) show that the general election held on November 5, 2024, included candidates for President, Vice President, the United States Senate, and the United States House of Representatives.

8. Records obtained from the Saratoga County BOE reveal that BRADT voted in the general election held on November 5, 2024. BRADT voted early in person. Early voting ran from October 26 to November 3, 2024.

9. On October 5, 2026, I interviewed BRADT. She stated, among other things, that: (i) she knows she is not a United States citizen; (ii) she believes she registered to vote through the New York Department of Motor Vehicles; (iii) she knows only United States citizens are permitted to vote, but at the time of her voting claims she did not; and (iv) she voted in the 2024 general election.

**CONCLUSION**

10. Based on the foregoing, I respectfully submit that there is probable cause to believe that VIKKI BRADT, an alien, knowingly voted in federal elections, in violation of 18 U.S.C. § 611.

Attested to by the affiant.

Respectfully submitted,

MARK W CECILIONE Digitally signed by MARK W CECILIONE Date: 2026.10.08 15:15:41 -04'00'

Mark Cecilione
Special Agent
Homeland Security Investigations

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on October 9th, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Paul J. Evangelista
United States Magistrate Judge