# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs. Case No. 1:26-MJ-235

Vikki Bradt

## ORDER OF RELEASE

It is ORDERED that the above-named defendant is released subject to the following conditions:

1. The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.
2. The defendant shall advise the Court prior to any change in address.
3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**NEXT APPEARANCE DATE:**______________________________

**PENALTIES**

If the defendant violates any conditions of his/her release, a warrant for arrest will be issued immediately. After arrest, the terms and conditions of any further release will be reconsidered.

If the defendant fails to appear before any Court or Judicial Officer as required, an additional criminal case may be instituted against him/her. If defendant fails to appear after being released on a misdemeanor charge, the penalty is a fine of not more than $100,000.00 or imprisonment of not more than one year, or both. A term of imprisonment imposed for failure to appear of surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I am the defendant in the above-captioned case and that I am aware of the above conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and forfeitures set forth above.

Defendant's Signature

IT IS HEREBY ORDERED THAT DEFENDANT SHALL BE RELEASED FROM CUSTODY FORTHWITH PURSUANT TO THE ABOVE CONDITIONS.

Date: October 13, 2026
Albany, NY

Hon. Paul J. Evangelista
U.S. Magistrate Judge